THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RENEE CROSTER, Appellant. [742 NYS2d 591] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Violation of Probation.) Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN MONK, Appellant, v VICTOR HERBERT, as Superintendent of Attica Correctional Facility, Respondent. [742 NYS2d 591] —Judgment unanimously affirmed. Counsel's motion to vacate the dismissal of the appeal and to be relieved of assignment granted (*see, People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KERRY WALLS, Appellant. [742 NYS2d 594] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Monroe County Court, Geraci, Jr., J.—Criminally Negligent Homicide.) Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Burns, JJ.